IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LAWRENCE JOHNSON,                          HON. JEROME B. SIMANDLE

           Petitioner,             Civil No. 10-2984 (JBS)

    v.

UNITED STATES OF AMERICA,                  **ORDER**

           Respondent.

This matter came before the Court upon Petitioner Johnson's motion to vacate his sentence under 28 U.S.C. § 2255 [Docket Item 1]; the Court having considered the submissions of the parties, for the reasons stated in the Opinion of today's date, and for good cause shown,

IT IS, this __**12th**__ day of **March, 2013**, hereby

ORDERED the Petitioner's motion to vacate, alter or amend his sentence pursuant to 28 U.S.C. § 2255 will be DENIED, and it is

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right; and it is further

ORDERED that the Clerk shall close this case upon the docket.

                    **s/ Jerome B. Simandle**
                    JEROME B. SIMANDLE
                    Chief U.S. District Judge